The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

JOSE GUADALUPE RODRIGUEZ,

Defendant.

NO. CR26-63-MLP

ORDER FOR RESTITUTION

Pursuant to the parties' Deferred Prosecution Agreement, the defendant, Jose Guadalupe Rodriguez, must make restitution to DKC in the amount of $1,083.80.

IT IS SO ORDERED.

DATED this 26th day of June, 2026.

_____
MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Order to - 1
United States v. Rodriguez / CR26-63-MLP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:


*s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

Order to - 2
United States v. Rodriguez / CR26-63-MLP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970